

FILED by TB D.C.

Jan 17, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20030-CR-LENARD/O'SULLIVAN

18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

v.

SOLOMAN ZAID ALKADHI,

            Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

On or about October 28, 2009, in the Northern District of Illinois, the Southern District of Florida, and elsewhere, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the United States Department of Justice, Federal Bureau of Investigation, and in a matter involving international terrorism, the defendant,

**SOLOMAN ZAID ALKADHI,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation as to a material fact, in that the defendant denied to Special Agents of the Federal Bureau of Investigation that he was planning to travel to Somalia to join and provide assistance to any extremist group, when in truth and in fact, as the defendant then and there well knew, the defendant had been planning to travel to Somalia to join and provide assistance to the extremist group

al-Shabaab, a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 1001(a)(2).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADAM S. FELS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| SOLOMAN ZAID ALKADHI, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____Defendant._____ / | **Superseding Case Information:** |

**Court Division:** (Select One)  New Defendant(s)   Yes ____  No ____
                                  Number of New Defendants ____
__X__ Miami  ____ Key West  ____ FTP   Total number of counts ____
____ FTL    ____ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   __No__
   List Language and/or Dialect: _____

4. This case will take   __0__   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to  5 days    __x__         Petty      ____
   II   6 to 10 days    ____          Minor      ____
   III  11 to 20 days   ____          Misdem.    ____
   IV   21 to 60 days   ____          Felony     __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  (Yes or No)  __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   __X__ No

_____
ADAM S. FELS
Assistant United States Attorney
Court Identification # A5501040

*Penalty Sheet(s) attached                                      REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** SOLOMAN ZAID ALKADHI

**Case No:** _____

Count #: 1

Making False Statements Involving International Terrorism

Title 18, United States Code, Section 1001(a)(2)

*__Max. Penalty:__ 8 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.