FACTUAL PROFFER IN SUPPORT OF PLEA

The United States would have proved the following facts beyond a reasonable doubt if this case had proceeded to trial:

The investigation into SOLOMAN ZAID ALKADHI (hereinafter "Defendant") began in mid-October 2009, when Federal Bureau of Investigation ("FBI") agents were made aware that Defendant had been stopped by Kenyan law enforcement officials in the remote outpost of Liboi, Kenya, close to the Kenyan-Somali border. Kenyan law enforcement officials had stopped Defendant before he could reach his stated destination of Bilis Qooqani, Somalia, and ultimately detained Defendant. Defendant was expelled from Kenya and returned to the United States approximately 2-3 weeks later.

The factual evidence supporting the Defendant's guilty plea was generated from: (1) witness interviews; (2) a forensic analysis of Defendant's laptop; and (3) documentary and photographic evidence. During the course of the investigation, FBI agents interviewed dozens of witnesses, obtained documentary evidence and photographs and analyzed Defendant's laptop computer after Defendant had voluntarily consented to a physical search of it.

The complete investigation revealed that in or around mid-2008, Defendant began to listen to the more radical sermons of a United States national named Anwar al-Awlaki, later killed in a United States missile strike, who preached that Muslims had an obligation to wage "jihad" or armed struggle, against non-believers in both the Muslim world and elsewhere. For example, in July 2008, Defendant sent an e-mail to a friend and acknowledged listening to an Anwar al-Awlaki lecture on "blasphemers…and uhm what to do with them." In this lecture, entitled *"The Dust Will Never Settle Down,"* al-Awlaki explains that those who commit blasphemy against the Muslim prophet should be executed. In a July 2008 e-mail, Defendant

Court Exhibit 2

complained that the United States supported dictators in Somalia and Afghanistan who oppress fellow Muslims. In an August 2008 e-mail, Defendant observed that the "kuffar" (*i.e.*, a term for Western non-believers) had changed the "Global Culture" and that the one enemy of the "kuffar" is Islam, because "Islam in its fullness is the only thing that can fight it... and they (the "kuffar") know that...they know it very well." Defendant activated an e-mail subscription to Anwar al-Awlaki's online service on January 28, 2009 and received articles and other content from that service. Defendant continued to explore al-Awlaki's teachings and began sending internet "links" to the sermons to friends and family members. Many of these sermons preached the necessity of violent jihad against the nonbelievers and the responsibility that every Muslim had to either wage jihad, or to find other ways to support it.

A lawful search of Defendant's laptop computer showed that Defendant read an internet news article about a man named Abu Mansour al-Amriki. The article explained that Al-Amriki was a United States national who traveled to Somalia to join al-Shabaab, a foreign terrorist organization, in order to wage jihad against the moderate Muslim government. The article concludes with a quote from Al-Amriki eulogizing a militant killed in battle:

> "We want to inform his family that he was one of the best brothers here. . . . We need more like him, so if you can encourage more of your children and more of your neighbors, anyone around, to send people like him to the jihad it would be a great asset to us."

On February 26, 2008, the United States Department of State designated al-Shabaab as a foreign terrorist organization. Any provision or attempted provision of material support to al-Shabaab, constitutes a violation of Title 18, United States Code, Section 2339B. Providing "material support" within the meaning of that statute also includes providing "oneself as personnel" to al-Shabaab. Al-Shabaab is a terrorist organization based in Somalia whose

primary objectives are the overthrow of the Somali Transitional Federal Government ("TFG"), a government backed by the United States, the United Nations, and the African Union, and the establishment of a strict Islamic state, which could be used as a safe haven for terrorists. Al-Shabaab has committed terrorist attacks both within Somalia and in neighboring countries, such as Kenya, that support the TFG.

Additional evidence developed during the course of the investigation showed that Defendant read a July 10, 2009 Associated Press article entitled *"Somali Islamist insurgents behead 7 people."* The article notes that al-Shabaab, a terrorist group alleged by the United States to have links with al-Qaeda, beheaded seven prisoners in southwestern Somalia after fierce fighting "amid mounting concerns about the influx of hundreds of foreign fighters to the failed state." Defendant also read an article about a man named Daniel Maldonado, who was charged in Houston, Texas with, among other things, receiving training from a foreign terrorist organization, after he traveled to Somalia to join forces with Islamist extremist forces in that country.

Defendant also sought to conceal his actions on the internet by obtaining software designed to erase all records of internet activity from his laptop computer. At some point prior to October 7, 2009, he ran the software at least one time; however, because he did not follow all steps set forth in the instructions, many traces of his internet activity remained on his computer.

On October 7, 2009, Defendant purchased a one-way plane ticket from Miami to Nairobi, Kenya via London, England, leaving the very next day, October 8, 2009. He visited no tourist sites when he arrived in Nairobi, but left the next day on a two-day journey to the remote border town of Liboi, Kenya. Kenyan police officers deployed to the town to stem the flow of foreign travelers crossing the Kenyan-Somali border to join al-Shabaab were immediately suspicious of

Defendant's arrival by bus at Liboi. They interviewed Defendant, who acknowledged that he was in Liboi in an effort to find a way to cross what he knew to be a closed border with Somalia. Defendant claimed that he was a "tourist" – although he could provide no specific details about his planned tourist activities in Somalia. He acknowledged that he knew about al-Shabaab and the unsafe situation in Somalia but that he was not scared because he was a Muslim. Indeed, Defendant stated that he expected to be stopped by al-Shabaab. When the Kenyan police officers explained how dangerous it was in Somalia, the Defendant stated that he did not care and still wanted to cross into Somalia anyway. In another interview with another set of Kenyan police officers while being returned to Nairobi, Defendant explained that if he were to be released, he would go right back to Liboi and again attempt to enter Somalia instead of returning to the United States. Kenyan officials ultimately expelled him back to the United States.

Defendant acknowledged that he had not told his parents about his travel to Africa. Indeed, his parents did not know where Defendant was from October 8, 2009 until Defendant finally contacted his father on October 16, 2009. Defendant's point of re-entry in the United States was in Chicago, Illinois, at O'Hare Airport. On October 28, 2009, FBI agents interviewed Defendant upon arrival in Chicago. Defendant made a number of false statements to the interviewing FBI agents relating to, among other things, prior research into Somalia or al-Shabaab or jihad in general and knowledge of security concerns in Somalia He also falsely denied that he was planning to travel to Somalia to join or provide assistance to any extremist group when, in fact, he was planning to travel to Somalia to join and provide assistance to an extremist group (*i.e.*, al Shabaab) a designated foreign terrorist organization. Defendant knew that the above-referenced statements were false when he made them to FBI agents. This false statement concerned a material matter within the jurisdiction of the FBI, an agency of the

executive branch of the United States charged with enforcement of federal counterterrorism laws, and involved international terrorism.

FBI agents re-interviewed Defendant in North Carolina on two subsequent occasions, on November 5, 2009 and on November 30, 2009. He was confronted with his prior statements and the fact that agents had found evidence on his laptop computer refuting his prior statements about his intentions in traveling to Africa, his awareness of terrorist activity in Somalia, and his knowledge of jihad. Defendant responded: "I apologize for lying to you."

This proffer does not contain all information known by the Government but contains sufficient evidence to prove the elements of the crime to which Defendant is pleading guilty.

_[signature]_  4-24-14
ADAM S. FELS
AUSA

_[signature]_  2-24-14
CHARLES D SWIFT
ATTORNEY FOR DEFENDANT

_[signature]_  2-24-14
SOLOMAN ZAID ALKADHI
DEFENDANT

5

**COURT EXHIBIT**
CASE NO. 14-20030-CK-Lenard
EXHIBIT NO. 2