UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cr-20030-JAL

UNITED STATES OF AMERICA,
    Plaintiffs.

SOLOMAN ALKAHDI,
    Defendant.
_____/

AFFIDAVIT OF WHITNEY MOORES
ADDENDUM TO DOCUMENT NUMBER: 23 SENTENCING MEMORANDUM

    DATED this 18th day of July, 2014

    Respectfully submitted,

    _____
    Charles D. Swift (WSBA# 41671)
    cswift@prolegaldefense.com
    Swift & McDonald, P.S.
    1809 7th Avenue, Suite 1108
    Seattle, WA 98101
    Telephone: (206)441-3377
    Facsimile: (206)224-9908
    Attorney for Defendant Soloman
    Alkadhi, PRO-HAC

Certificate of Service

    I hereby certify that a true and correct copy of the foregoing was served by email on July 18, 2014 on all counsel or parties of record on the Service List below.

    _____
    Charles D. Swift

Adam S. Fels
Adam.Fels@usdoj.gov
United States Attorney's Office
Southern District of Florida
99 N.E. Fourth Street, Ste 800
Telephone: (305)961-9325
Facsimile: (305)536-4675
Attorney for United States of America

1

July 5, 2014

Dear Honorable Judge Lenard,

  I am writing this letter of support on behalf of my son, Soloman Zaid Alkadhi. As his mother, I have seen him grow from a curious baby boy to a responsible young man. However, in-between that time he made some poor decisions, as young people often do. As this was his first and only transgression of the law, I humbly petition the court to show leniency and mercy in his case. Soloman has several positive attributes that will allow him to continue to be a productive member of society, if given the opportunity. It is my firm conviction that he has been rehabilitated, is repentant, and that he has the capacity to benefit society if permitted by this court. There are several factors working in his favor that include positive role models in his family, his positive character, and his potential to do good for society.

  While Soloman has made several poor decisions that led to this negative outcome, he has strong family role models and family support that will assist him in improved decision making. There are many reasons why I make this assertion. For example, Soloman's parents are both engaged in professional employment that positively impacts society. Employed as a chemical engineer with both a BS from North Carolina State University (NCSU) and an MBA from Phoenix University, his father has been actively engaged in the bio-medical research field that brings advances to today's health industry. While myself, his mother, earned a BSW from NCSU and an MSW from Florida International University (FIU), as well as a Doctorate in Exceptional Student Education from FIU and am currently a Florida Certified Teacher employed with the School Board of Broward County as a Special Education Teacher supporting disabled students.

  Both myself and his father, have been encouraging Soloman to continue his studies in the medical field. In addition to the role models his parents provide, other family members are also role models and professionals. His paternal grandparents were doctors and his maternal grandfather is a retired nurse who served in the US Navy and his maternal grandmother is marketing consultant. His brother Yousif is an emergency room doctor, his other brother Ibrahim is a mechanic, and his sister Sarah is a CNA. Furthermore, his Uncle Lebeed is a civil engineer and his wife is radiology technician; his cousin Reem is a doctor and his cousin Omar is a nurse. I share this information with you so that it is clear that Soloman's crime is an anomaly in our family. I think that he is truly repentant for his actions and understands how it hurt society, himself, his family, and his friends when he broke the law. Soloman comes from a family of professionals who are active in the health and welfare of our society as a whole and he has the benefit of his family's support in his future endeavors, if given the chance by the court.

  Like his parents and extended family, when it comes to education and employment Soloman reflects the same values. After the commitment of his transgression, he has been actively employed as a Certified Nurse Assistant (CNA) and engaged as part-time student while working. His work as a CNA requires patience and compassion. It is a testament to his steadfastness and his congenial attitude that he worked for the same hospital for several years. Also, while only earning $11-12 an hour for 3-years, he managed to save up to $15,000 which he was planning on using to as a down-payment for a condo or

house; but ended up spending on his legal expenses. The fact that he is frugal and disciplined in his spending speaks to his commitment to a better life and a focus on the future. It also speaks to the qualities of self-reliance and independence that he possesses; both of which are values that have made our country great. Finally, his regular full-time employment over the past 3-years reflects his commitment to betterment of himself and society at large.

Not only does Soloman possess a caring, supportive family, but he also has positive character. He is both responsible and compassionate. A story I would like to share with you is about how Soloman helped his sister. His sister Sarah became an unwed teenage mother and alienated most of her family through a series of events, getting herself and her infant into the desperate situation of near homelessness. Soloman kept up with his sister and intervened on her behalf, beseeching both myself and her father for financial support to help her get back on her feet. Over the past 3-years, Soloman has acted as his sister's guardian, managing the money we donate for her rent and general upkeep, helping her pay her bills, and assisting her with any and every crisis related to her precarious financial state. Without Soloman's intervention, his sister and her child would have been in dire straits. Not only does Soloman help his family, in general I can tell you that Soloman makes a good impression on most everyone he meets. He has the ability to connect with the young and the old. My nephew Jefferson adores him; as does Soloman's little sister Aisha, with whom he jokes and has been exercising with since he has been back in Florida.

Soloman is a 24-year old young man, who has positive role models in his family, a positive character, and the potential to benefit society. He has proven that he is capable of complying with the law as evidenced by his adherence to the criteria set forth by the court during his pre-trial probation. Obtaining employment, submitting to weekly drug screenings, maintaining weekly contact with his probation officer, and complying with bi-weekly counseling indicates that he is law-abiding citizen with the potential to improve. It is my strong desire that you consider a lenient sentence that takes into account that this is his first and only offense and grant him mercy. Additionally, please deliberate on his youth and what he can do as retribution for his crime that will also allow him to benefit society. For example, if there is any opportunity for him to work as penance in the capacity of a CNA in a federal setting while obtaining additional training that would allow him to have a reasonable living after completing his sentence, it would be extremely generous on your behalf and as his mother, I would be forever grateful.

Honorable Judge Lenard, I would like to thank you in advance for your service to the community and I pray that you consider my son Soloman's case with compassion and mercy due to his youth, his future potential, and the fact that this is his first and only crime.

Best Regards,

*Whitney Moores. Ed. D.*