SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**JUDGE JOAN A. LENARD**

DEFENDANT: GILBERTO CARVAJAL AGUILAR

CASE NO. 14-20030-CR

Deputy Clerk:  P. Mitchell                                              DATE:  July 23, 2014

Court Reporter: Lisa Edwards                                            USPO:   Todd Eisinger

AUSA:  Adam Fels                                                        Deft Counsel:  Charles Swift

Interpreter:  none                                                      Time:  1:45pm-2:05pm

COUNTS DISMISSED     Remaining

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited
___ Sentencing cont'd until ___ at ___ AM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Count(s) |
|---|---|---|---|
|  |  | 60 | 1 |
|  |  |  |  |

Supervised Release:  3yrs   Conditions:  search property, if appropriate drug/alcohol treatment, computer search

Probation

| Years | Months | Counts |
|---|---|---|
|  |  |  |
|  |  |  |

Conditions: ___

Assessment $ 100    Restitution $ ___    Fine $ ___

CUSTODY

___ Remanded to the Custody of the U.S. Marshal Service
___ Release on bond pending appeal
 x  Voluntary Surrender to (designated institution or U.S. Marshal Service  7/23/14
 x  Recommendation:   institution in NC or as close to NC as possible